### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

| | | |
|---|---|---|
| ANTHONY WHITESIDE | ) | |
| Plaintiff | ) | Case No. 3:22-CV-502-RGJ |
| | ) | |
| v. | ) | |
| | ) | |
| SPRINT, SAMSUNG, GOOGLE | ) | **PETITION FOR REMOVAL** |
| | ) | |
| Defendants | ) | |

\*\*\*\*\*

### PETITION FOR REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Google LLC removes this action from the Circuit Court for Jefferson County, Kentucky to the United States District Court for the Western District of Kentucky, Louisville Division. Complete diversity exists and Plaintiff Anthony Whiteside claims damages in excess of $75,000.00 exclusive of interest and costs.

**I.   THE STATE COURT ACTION**

1. On August 17, 2022, Plaintiff Anthony Whiteside filed a civil action in the Circuit Court for Jefferson County, Kentucky, Case No. 22-CI-004252. Whiteside alleges that Samsung, Google and Sprint engaged in deceptive practices relating to a smart device that Whiteside allegedly purchased on June 10, 2009. The entire state court file is attached hereto as Exhibit A.

2. On August 22, 2022, Google LLC received service of process.

3. This case is properly removed to this Court pursuant to 28 U.S.C. §§ 1332 and 1441, because original jurisdiction lies in federal court and the procedural requirements for removal are satisfied.

4. Complete diversity exists between Plaintiff and Defendants, and the amount in controversy exceeds $75,000.00. Moreover, Google LLC is filing this petition with thirty (30) of service of the Complaint and the underlying action has been pending for less than one year. Accordingly, this action may be removed to this Court. *See* 28 U.S.C. §§ 1332, 1441.

### III. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

5. This Court embraces the locality in which the state court action is now pending, and thus is a proper forum pursuant to 28 U.S.C. § 1441(a).

6. No previous application has been made for the relief requested herein.

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on Plaintiff and filed with the Circuit Court for Jefferson County, Kentucky.

8. A filing fee of $350.00 has been tendered to the Clerk of this Court.

9. This Notice of Removal is being signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

10. If any question arises regarding the propriety of removal, Google LLC respectfully requests the opportunity to present a brief in support of their position that this case is removable.

### IV. REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §§ 1332 AND 1441

11. Federal jurisdiction exists based upon diversity of citizenship pursuant to 28 U.S.C. § 1332 because this is a civil action between citizens of different states, and Plaintiff seeks damages in the amount of $700,000,000.00, exclusive of interest and costs. *See* 28 U.S.C. § 1441.

#### A. Complete Diversity of Citizenship Exists

12. Plaintiff is a citizen of Kentucky. He alleges in the Complaint that he is currently a resident of Kentucky. (Complaint at ¶ 1). He has lived in Kentucky since at least 2009 and there

is no evidence that he intends to live elsewhere, having recently obtained a Kentucky Identification Card. (See Plaintiff's proof of residency attached hereto as Ex. B).

13. Defendant Google LLC is a citizen of Delaware and California. It's a limited liability company and its sole member, XXVI Holding, Inc., is incorporated in Delaware with its principal place of business in California. Google LLC's 2022 Annual Report filed with the Kentucky Secretary of State is attached hereto as part of Exhibit C.

14. Defendant Sprint Solutions, Inc. is citizen of Delaware and Washington as it is incorporated in Delaware and its principal place of business is in Washington. Sprint Solutions, Inc.'s 2022 Annual Report filed with the Kentucky Secretary of State is attached hereto as part of Exhibit C.

15. Defendant Samsung Electronics America, Inc. is the distributor of Samsung brand cell phones within the United States. It is a New York corporation with a principal place of business in Ridgefield Park, New Jersey; so, it is a citizen of New York and New Jersey. Samsung Electronics America, Inc.'s 2022 Annual Report filed with the Kentucky Secretary of State is attached hereto as part of Exhibit C.

**B.     The Amount in Controversy Exceeds $75,000**

16. Google does not concede that Plaintiff is entitled to any damages or monetary recovery, but Plaintiff alleges that the amount in controversy exceeds $75,000, exclusive of interest and costs. The sum alleged by Plaintiff controls here for purposes of establishing the Court's diversity jurisdiction. When a suit is removed from a state court, there is a "strong presumption that the plaintiff has not claimed a large amount in order to confer jurisdiction on a federal court, or that the parties have not colluded to that end." *Saint Paul Mercury Indemnity Co. v. Red Cab Company*, 303 U.S. 283, 290-91, 58 S. Ct. 586, 82 L. Ed. 845 (1938). "The status of the case as

disclosed by the plaintiff's complaint is controlling in the case of a removal, since the defendant must file his petition before the time for answer or forever lose his right to remove." *Id.*

### C. The Petition for Removal Is Timely Filed

17. This petition for removal is timely because it is being filed within thirty (30) days of the date that Google LLC accepted service of the summons and Complaint. The state-court action has been pending for less than one year.

### D. Consent to Removal

Sprint Solutions, Inc. consents to removal of this action. (See Consent to Removal attached as Ex. D). Samsung remains unserved. Accordingly, its consent is not required.

**WHEREFORE**, Defendant Google LLC respectfully requests that this Court assume jurisdiction over this action as if the Plaintiff had originally commenced this action with this Court.

Respectfully submitted,

*/s/ Charles H. Stopher*
Charles H. Stopher
BOEHL, STOPHER & GRAVES LLP
400 West Market Street, Suite 2300
Louisville, KY 40202
cstopher@bsg-law.com
Phone: (502) 589-5980
Fax: (502) 561-9400
**COUNSEL FOR GOOGLE LLC**

## CERTIFICATE OF SERVICE

  The undersigned certifies that a true copy of the foregoing instrument was served upon each party to the above-entitled cause by enclosing this instrument in an envelope addressed to each party as shown below, with postage fully paid, and by depositing the envelope in a United States Post Office depository on the 21st day of September, 2022.

| | |
|---|---|
| Anthony Whiteside<br>5108 Crafty Drive<br>Louisville, KY 40213<br>*Pro Se Plaintiff* | Samsung Electronics America, Inc.<br>85 Challenger Rd.<br>Ridgefield Park, NJ 07660 |

Allison M. Helsinger
MOORE INGRAM JOHNSON AND STEELE
2408 Sir Barton Way, Suite 735
Lexington, Kentucky 40509
Phone: (859) 309-0026
Fax: (859) 309-0071
amhelsinger@mijs.com
Counsel for Sprint Solutions, Inc.

            */s/ Charles H. Stopher*_____
            *Counsel for Google LLC*