22-CI-04252

In the Circuit Court for the County of Jefferson

in the State of Kentucky

) Case No.:

)

Plaintiff, ) Anthony Whiteside

) Complaint

v. )

Defendant. )

Sprint, Samsung, Google )

JEFFERSON CIRCUIT COURT
DIVISION TWO (2)

FILED IN CLERK'S OFFICE
DAVID L. NICHOLSON, CLERK
AUG 17 2022
BY _____
DEPUTY CLERK

Plaintiff) Anthony Whiteside brings forth the following causes of

action and alleges the following:

1. Plaintiff is an individual and a resident of Louisville, KY.

2. Defendants are legally defined business entities, formed under the laws of

State of California, New Jersey, and Kansas, but business was conducted at 796 Eastern Parkway,

Louisville, Ky 40217.

3. On about June 10th, 2009, The plaintiff Anthony Whiteside was sold a smart device that nearly killed him. The Plaintiff has been to the hospital many times, and at one point was told by a nurse practitioner, that she was concerned that he might have a brain tumor. When you look at the facts about smart devices, they are selling mechanical minds/brain deceptively. It took a while to catch up with these guys, but in order to make something see the world, and remember it like a camera app and understand what it sees, like facial recognition, you have no choice but to duplicate the eye and brain.  If you want to speak to something, and have it understand what you are saying to it, you have no choice but to duplicate the ear and the brain, and you also have memory and logic, that has been duplicated. You have to open books on Electrical Engineering and Biological Psychology, and both topics confirms this.  These product are still being sold, and have not been classified as defective yet, but hopeful it doesn't have to be emphasized after this, that you can't use a different brain most, especially one made by a human.  The problem with two minds/brains, is what happens if you start using the external one primarily, to do the thinking, and remember the past with. This is how you make your

1

Exhibit A

natural mind obsolete. According to krs367.46999 a deceptive sale is a class d felony!

Plaintiff brings forth the following counts and allegations supporting

Plaintiff's cause of action:

Count 1 – .

Also, whenever you look at the dates, this was motivated by racism. The first generation iphone came out with an intention to seek a one percent market share, until after 2008, according to Steve Jobs. Google was also apart of their plan. Seventeen days before the election, google came out with the first android device. After the election, both companies released these products on all carriers,and halfway through the first term, google released 40 devices, with the intentions to harm people. This is the worse hate crime ever committed. They tried to get everyone to use a different mind, primarily, and their marketing campaigns depict mind computerization (https://www.youtube.com/watch?v=NXyNeOZrtRk). The planitiff Anthony Whiteside also started feeling like he was looking through a screen, from the devices illumination, and later found out that studies shows that lights and screens infront of the face changes how people see things mentally, and this is what was being depicted through marketing campaigns. Facts about this can be found in book about dream psychology.

Damages

WHEREFORE, Plaintiff seeks compensatory damages in the amount of

$700,000,000

Respectfully submitted this _____ day of _____, _____

_____

*[signature]*





David L. Nicholson
Jefferson County Circuit Court Clerk
Louis D. Brandeis Hall of Justice
600 West Jefferson Street
Louisville, Kentucky 40202

**CERTIFIED MAIL**



7021 0350 0000 4415 1298

 

Google
1600 Amphitheatre Parkway
Mountain View,
California, 94043

| | | |
|---|---|---|
| AOC-105 Doc. Code: CI<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice   www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No. **22-CI-04252**<br>Court ☐ Circuit ☐ District<br>County _____ |

JEFFERSON CIRCUIT COURT
DIVISION TWO (2)

PLAINTIFF

Anthony Whiteside

VS.

DEFENDANT

Google
1600 Amphitheatre Parkway Mountain View,
California 94043

**Service of Process Agent for Defendant:**

_____
_____
_____
_____

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: __AUG 1 7 2022__, 2____

DAVID L. NICHOLSON, CLERK

By: _____/s/ Hogan_____ Clerk
                                                   D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

Served by: _____
                                      _____ Title

AOC-104  Doc. Code: CCCS
Rev. 9-21
Page 1 of 1

Commonwealth of Kentucky
Court of Justice    www.kycourts.gov

**CIVIL CASE COVER SHEET**

Case No. 22-CI-004252
Court: _____
County: JEFFERSON CIRCUIT COURT
Division: DIVISION TWO (2)

PLAINTIFF/PETITIONER OR IN RE/IN THE INTEREST OF: Anthony Whiteside

FILED IN CLERK'S OFFICE
DAVID L. NICHOLSON, CLERK
AUG 17 2022
BY _____ DEPUTY CLERK

DEFENDANT/RESPONDENT, if applicable: Google

☑ Check here if **YOU DO NOT HAVE AN ATTORNEY** and are **REPRESENTING YOURSELF**
(a Self-Represented [Pro Se] Litigant)

**Nature of the Case:** Place a "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE**. If you are making more than one type of claim, check the one that you consider most important.

**DOMESTIC RELATIONS**
☐ Dissolution/Divorce with Children (DISSOC)
☐ Dissolution/Divorce without Children (DISSO)
☐ Paternity (PA)
☐ Custody (CUSTO)
☐ Child Support IV-D (SUPIV)
☐ Child Support Private Non IV-D (SUPPRI)
☐ URESA/UIFSA (UR)
☐ Visitation/Parenting Time (VISIT)
☐ Voluntary Termination of Parental Rights (VTPR)
☐ Involuntary Termination of Parental Rights (ITPR)
☐ Adoption (ADPT)
☐ Other: (DFOTH) _____

**PROBATE / ESTATE**
☐ Guardianship-Adult (GCADLT)
☐ Guardianship-Juvenile (GCJUV)
☐ Adult Conservatorship - Trusteeship (CONSVA)
☐ Juvenile Conservatorship - Trusteeship (CONSVJ)
☐ Probate-Testate (with a will) (PBTEST)
☐ Probate-Intestate (without a will) (PBINT)
☐ Petition to Dispense with Administration (PBDIS)
☐ Name Change (NC)
☐ Will Contest (WC)
☐ Other: (PBOTH) _____

**TORT (Injury)**
☐ Automobile (AUTO)
☐ Intentional (INTENT)
☐ Malpractice-Medical (MDML)
☐ Malpractice-Other (MLOTH)

☐ Premises Liability (PREM)
☐ Product Liability (PROD)
☐ Property Damage (PD)
☐ Slander/Libel/Defamation (SLAND)
☐ Other: (PIOTH) _____

**REAL PROPERTY**
☐ Abandoned and Blighted Property Conservatorship (PC)
☐ Property Rights (PR)
☐ Condemnation (DOMAIN)
☐ Forcible Detainer - Eviction (FD)
☐ Forcible Entry (FENTRY)
☐ Foreclosure (FCL)
☐ Other: (COOTH) _____

**EMPLOYMENT**
☐ Employment-Discrimination (DSCR)
☐ Employment-Other (DISPU)

**CONSUMER**
☑ Seller Consumer Goods (DEBTG)
☐ Seller Consumer Services (DEBTS)
☐ Buyer Consumer Goods (BUYERG)
☐ Buyer Consumer Services (BUYERS)
☐ Credit Card Debt (CREDIT)
☐ Fraud (FRAUD)
☐ Other: (COOTH) _____

**APPEALS**
☐ Appeal from Administrative Agency (AB)
☐ Appeal from District Court (XI)
☐ Other: (OTH) _____

**MISC CIVIL**
☐ Constitutional Challenge (CCHAL)
☐ Habeas Corpus (HABEAS)
☐ Non-Domestic Relations Restraining Order (IP)
☐ Tax (TAX)
☐ Writs (WRITS)
☐ Other: (OTH) _____

**BUSINESS / COMMERCIAL**
☐ Business Tort (BCPI)
☐ Statutory Action (BCSA)
☐ Business Contract Dispute (BCCO)
☐ Other: (BCOTH) _____

22CI04252

Anthony Whiteside
5108 Crafty Drive Louisville, KY 40213
502-260-7723

JEFFERSON CIRCUIT COURT
DIVISION TWO (2)

NO. 22-CI-04252 　　　　　　　　　　　　　　　　　　　　JEFFERSON CIRCUIT COURT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DIVISION 2
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE ANNIE O'CONNELL

ANTHONY WHITESIDE 　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF

**NOTICE-MOTION-ORDER**

v.

SPRINT
SAMSUNG
GOOGLE 　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

\* \* \* \* \*

**NOTICE**

PLEASE TAKE NOTICE that the undersigned will on **Monday, September 19, 2022, at 9:15 a.m.**, local prevailing time, make the following Motion and tender the following Order. The parties can participate in the hearing by appearing by phone by dialing 1-646-558-8656 and entering Meeting ID No. 732 247 2267.

**GOOGLE LLC'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Comes the Defendant, Google LLC, by counsel, and moves the Court for an Order permitting it an extension of time up to and including September 30, 2022, in which to answer or otherwise respond to the Complaint. This motion is made in good faith and will not prejudice the Plaintiff in any way.

WHEREFORE, Google LLC respectfully requests this Court enter the attached Order.

BOEHL STOPHER & GRAVES, LLP

/s/ Charles H. Stopher
Charles H. Stopher (KBA No. 90981)
400 West Market Street, Suite 2300
Louisville, KY 40202
Phone: (502) 589-5980
Fax: (502) 561-9400
cstopher@bsg-law.com
*Counsel for Defendant Google LLC*

CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was mailed to the following this 9th day of September, 2022:

Anthony Whiteside
5108 Crafty Drive
Louisville, KY 40213
*Pro Se Plaintiff*

/s/Charles H. Stopher
Counsel for Google LLC

NO. 22-CI-04252                    JEFFERSON CIRCUIT COURT
                                                                                                    DIVISION 2
                                                                          JUDGE ANNIE O'CONNELL

ANTHONY WHITESIDE                                                     PLAINTIFF

**ORDER**

v.

SPRINT
SAMSUNG
GOOGLE                                                                                                                DEFENDANTS

* * * * *

This matter is before the Court on Defendant Google LLC's Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. The Court having reviewed the matter and being otherwise sufficiently advised;

      IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. Google LLC shall have up to and including September 30, 2022 to answer or otherwise respond to Plaintiff's Complaint. Entered this _____ day of _____, 2022.


                                                            _____
                                                           JUDGE, JEFFERSON CIRCUIT COURT

**COMMONWEALTH OF KENTUCKY**
**JEFFERSON CIRCUIT COURT**
**DIVISION SEVEN (7)**
**CIVIL ACTION NO.: 22-CI-04252**

**ANTHONY WHITESIDE**                                                     **PLAINTIFF**

**V.**       **ANSWER AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**SPRINT SOLUTIONS, INC.,**
**SAMSUNG, & GOOGLE**                                               **DEFENDANTS**

**\*\*\*\*\*\*\*\*\***

Come now the Defendant, Sprint Solutions, Inc., (hereinafter "The Defendant") by and through the undersigned counsel, and for its Answer to the Complaint of Plaintiff Anthony Whiteside, hereby states as follows:

### FIRST DEFENSE

The Complaint of Plaintiff Anthony Whiteside fails to state a cause of action upon which relief can be granted and should be dismissed.

### SECOND DEFENSE

The Complaint of the Plaintiff Anthony Whiteside should be dismissed for failure to comply with all applicable provisions pertaining to the Statute of Limitations, if any so exist.

### THIRD DEFENSE

Responding to the numbered paragraphs of Plaintiff Anthony Whiteside's Complaint, the Defendant submits:

1. The Defendant lacks the requisite knowledge to affirm or deny the allegations contained in Paragraph No. 1 of the Complaint and therefore, denies the same.

2. The Defendant lacks the requisite knowledge to affirm or deny the allegations contained in Paragraph No. 2 of the Complaint as it pertains to the Co-Defendants and

therefore, denies the same. As it pertains to this Defendant, incorporation in Kansas is admitted.

3. The allegations contained in Paragraph No. 3 of the Complaint are explicitly denied to the extent a response is even required.

4. The allegations contained in "Count 1" of the Complaint are explicitly denied to the extent a response is even required.

5. Any and all allegations contained within the Complaint not specifically addressed above are denied.

## FOURTH DEFENSE

The Defendant asserts if any fault is assessed in this matter, that the Plaintiff and/or any other known or unknown third parties are comparatively at fault. Pursuant to KRS 411.182 fault should be apportioned against the Plaintiff and all other parties as the Court determines.

## FIFTH DEFENSE

The Defendant affirmatively pleads all applicable defenses set forth in Civil Rule 8, Civil Rule 12 and further reserves the right to amend this Answer pursuant to Civil Rule 15.

## SIXTH DEFENSE

The Defendant denies any liability for punitive damages to the extent the Plaintiff is seeking same.

## SEVENTH DEFENSE

The Defendant denies any liability for pre-judgment interest.

## EIGHTH DEFENSE

The Defendant denies any allegation of violations of KRS 367.46999. This is pled as an affirmative defense.

## NINTH DEFENSE

The Defendant denies any negligent behavior that may have caused the alleged damages, if any so exist. This is pled as an affirmative defense.

## TENTH DEFENSE

The Defendant asserts the Plaintiff Anthony Whiteside failed to act in a reasonable manner as required under Kentucky law and therefore, caused his own injuries and/or damages, if any so exist. This is pled as an affirmative defense.

## ELEVENTH DEFENSE

The Defendant asserts the Plaintiff Anthony Whiteside failed to mitigate his damages, if any so exist.

## TWELFTH DEFENSE

Plaintiff's Complaint, to the extent that it seeks punitive damages, violates Defendants' rights to procedural due process under the Fourteenth Amendment to the United States Constitution and the Constitution of the State of Kentucky and therefore fails to state a cause of action or set forth a claim upon which such damages can be awarded. Further, Plaintiff's claim for punitive damages is unsupported by the allegations set forth in his Complaint.

## THIRTEENTH DEFENSE

Any claim for punitive damages is barred by the provisions of Article VI of the Constitution of the United States.

## FOURTEENTH DEFENSE

Defendant shall rely upon such other affirmative defenses, the existence of which may become known through discovery, and reserve the right to amend its Answer to assert the same.

## FIFTEENTH DEFENSE

The Defendant denies any allegations of a hate crime or racially motivated activity. This is pled as an affirmative defense.

## SIXTEENTH DEFENSE

The allegations set forth in the Plaintiff's Complaint stem from Terms & Conditions agreement that mandates arbitration and therefore, the Complaint should be dismissed.

WHEREFORE, the Defendant Sprint demands:

1. The Complaint be dismissed and held for naught;
2. That it be awarded its costs herein expended;
3. Trial by jury on all matters if any are so triable; and
4. All other relief to which it may entitled.

Respectfully Submitted,

/S/ Allison M. Helsinger
Allison M. Helsinger
MOORE INGRAM JOHNSON & STEELE, LLP
2408 Sir Barton Way, Suite 375
Lexington, KY 40509
Phone: (859) 309-0026
Fax: (859) 309-0071
amhelsinger@mijs.com
*Counsel for Defendant Sprint*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was filed electronically on this the 15th day of September, 2022, with true and accurate copies as follows:

Anthony Whiteside
5108 Crafty Drive
Louisville, Kentucky 40213

Charles H. Stopher
400 West Market Street, Suite 2300
Louisville, KY 40202
Phone: (502) 589-5980
Fax: (502) 561-9400
cstopher@bsg-law.com
Counsel for Defendant Google LLC

                                                    /s/ Allison M. Helsinger

NO. 22-CI-04252                                          JEFFERSON CIRCUIT COURT
                                                                                                DIVISION 2
                                                       JUDGE ANNIE O'CONNELL

ANTHONY WHITESIDE                                                                  PLAINTIFF

## ORDER

v.

SPRINT
SAMSUNG
GOOGLE                                                                                               DEFENDANTS

\* \* \* \* \*

This matter is before the Court on Defendant Google LLC's Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. The Court having reviewed the matter and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. Google LLC shall have up to and including September 30, 2022 to answer or otherwise respond to Plaintiff's Complaint. Entered this \_\_\_\_\_ day of _____, 2022.

*/s/ Annie O'Connell*
JUDGE, JEFFERSON CIRCUIT COURT

ENTERED IN COURT
DAVID L. NICHOLSON, CLERK
SEP 19 2022
BY _____
DEPUTY CLERK